THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>JAKARI HILL,<br><br>　　　　Defendant. | No. CR25-237-JCC<br><br>(~~PROPOSED~~) ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE |

THE COURT has considered the unopposed motion to extend the pretrial motions deadline along with the records in this case.

IT IS ORDERED that the due date for pretrial motions is extended from January 2, 2026, to January 9, 2026.

DONE this 31st day of December 2025.

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
s/ *Adriane Manigo*
Federal Public Defender's Office
Attorneys for Jakari Hill

ORDER TO EXTEND PRETRIAL MOTIONS
DEADLINE
(*United States v. Hill*, No. CR25-237-JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100