THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAKARI HILL,<br>Defendant. | No. CR25-237-JCC<br><br>(~~PROPOSED~~) ORDER TO EXTEND REPORTING DATE |

THE COURT has considered Jakari Hill's unopposed motion (**Dkt No 43**) to extend his BOP reporting date along with the records in this case.

IT IS ORDERED that Mr. Hill may self-report to FCI Lompoc II no later than December 14, 2026.

DATED this 25th day of October 2026.

JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
Federal Defender
Attorney for Jakari Hill



**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, WA 98101**
**(206) 553-1100**